UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSEPH FRISCHE, ROBERT GANDOLFO,
ANTHONY GANDOLFO AND ROCCO
CAPARANO and JOHN DOE PLAINTIFFS,

                Plaintiffs,                ORDER
                                              12 CV 2910 (ILG)(JMA)
    -against-

CCI, INC., and CONTRACT CALLERS, INC.,

                Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

      In a Report and Recommendation dated October 18, 2013, Dkt. No. 19, Magistrate Judge Azrack recommended that the Order dated March 29, 2013, Dkt. No. 12, granting the plaintiffs' motion for a default judgment against CCI be vacated and that the motion seeking that Order be denied without prejudice with leave to renew in the event that CCI and Contract Callers fail to answer the amended complaint.

      The plaintiffs filed an objection to that recommendation stating nothing more by way of a reason then, "I object." Their brevity is commendable but unavailing. For the reasons given by Judge Azrack, her Recommendation is hereby adopted and the plaintiffs' objection is denied.

Dated:      Brooklyn, New York
                November 5, 2013

                                                                 I. Leo Glasser