FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 13 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------

JOSEPH FRISCHE et al.,

        Plaintiffs,

- against -

CCI, INC., et al.,

        Defendants.

------------------------------

Case No. 1:12-CV-02910-ILG-LB

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby dismiss this action with prejudice, the parties to pay their own respective attorney's fees and costs, and Defendant Contract Callers, Inc., so stipulates.

/s/ [signature]
Jack Angelou
114 Willis Avenue
Mineola, NY 11501
(516) 248-3750
(516) 248-3744 (Fax)
jackangelou@gmail.com
Attorney for Plaintiffs

/s/ Ira L. Blank
Ira L. Blank (Pro Hac Vice)
The Enterprise Law Group, LLC
8151 Clayton Road, Suite 201
St. Louis, Missouri 63117
(314) 282-8735
(314) 726-2042 (Fax)
iblank@theenterpriselawgroup.com

/s/ Lawrence Wittels
Lawrence Wittels (Pro Hac Vice)
The Enterprise Law Group, LLC
8151 Clayton Road, Suite 201
St. Louis, Missouri 63117
(314) 282-8735
(314) 726-2042 (Fax)
lwittels@theenterpriselawgroup.com
Attorneys for Defendant
Contract Callers

So ordered
[signature]
USDJ
10/9/15